UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA  CRIMINAL ACTION

VERSUS  NO. 06-147-SDD-SCR

JERRY MCKENZIE

## ORDER

**BEFORE THE COURT** is the Federal Bureau of Prison, Federal Medical Center, who seeks judicial authorization for the involuntary treatment of the Defendant, Jerry McKenzie, with psychotropic medication in an effort to restore his competency to participate in a supervised release revocation hearing pursuant to 18 U.S.C. § 4241, and *Sell v. United States*, 539 U.S. 166 (2003). After considering the evidence, including the testimony of lay and expert witnesses and a Report of Forensic Evaluation of Jerry McKenzie dated July 15, 2015, the Court finds by a preponderance of the evidence that:

1. The Defendant is presently suffering from a mental disease or defect which renders him mentally incompetent to understand the nature and consequences of the proceedings against him and to assist counsel in his defense;

2. The Defendant was medically unable to attend the subject hearing in this matter due to his mental illness and his present mental state;

28319

1

3. The Defendant's mental illness is presently untreated and his current mental state renders the Defendant unable to make medical treatment decisions for himself;

4. The Defendant is suffering from an untreated mental illness that causes him to pose a significant risk of injury to himself and others;

5. There is a substantial likelihood that the Defendant can be restored to a functional level of mental competence if treated with injections of psychotropic medication;

6. The proposed involuntary injection of psychotropic medication conforms to the recognized standard of care for the Defendant's mental illness, is medically appropriate and there are no other medically reasonable less invasive alternatives available for treating the Defendant's present mental illness or defect;

7. Based on the Defendant's history and characteristics, and the nature of the alleged supervised release violation, the Government has demonstrated a substantial interest in proceeding with a hearing to determine whether revocation of the Defendant's supervised release ("Revocation Hearing") is warranted;

8. Involuntary administration of the psychotropic medication injection is substantially likely to restore the Defendant to a level of competence which would enable him to assist counsel in his defense and to meaningfully participate in a Revocation Hearing;

28319

9. The proposed medication is not likely to interfere with Defendant's ability to assist in his defense or participate in a Revocation Hearing; and

THEREFORE,

IT IS ORDERED that the United States Department of Justice, Bureau of Prisons, Federal Medical Center be and is hereby authorized to involuntarily administer injections of psychotropic medications to the Defendant, Jerry McKenzie (BOP Registration No. 04628-095) for the purpose of restoring the Defendant's mental competence to stand trial for alleged violation of the terms of his post-conviction supervised release;

IT IS FURTHER ORDERED that the Defendant, Jerry McKenzie, be and is hereby continued in his commitment to the custody of the Attorney General pursuant to 18 U.S.C. §4241(d) for a restorative period, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future the Defendant will attain the capacity to permit the proceedings to go forward.

Baton Rouge, Louisiana the 26 day of August, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

28319